**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604
Submitted June 30, 2014[*]
Decided July 1, 2014

Before

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 14-1524 | Appeal from the United States District Court for the Western District of Wisconsin. |
| QUINCY NERI, *Plaintiff-Appellant,* | |
| *v.* | No. 11-cv-429-slc |
| MELINDA MONROE, *et al.,* *Defendants-Appellees.* | Stephen L. Crocker, *Magistrate Judge.* |

**Order**

The judgment is affirmed, substantially for the reasons given by the district court.

---

[*] This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R. App. P. 34(a); Cir. R. 34(f)